585 A.2d 376
STATE OF NEW JERSEY v. DAVID PRIESTER.

September 18, 1990.

Petition for certification denied.

585 A.2d 376
STATE OF NEW JERSEY v. ROBERT E. STERN.

September 18, 1990.

Petition for certification denied.

585 A.2d 376
STATE OF NEW JERSEY v. JON MICHAEL PARDOLL.

September 18, 1990.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Pineda,* 119 *N.J.* 621, 575 *A.*2d 855 (1990).

Jurisdiction is not retained.

585 A.2d 377
STATE OF NEW JERSEY v. HUMBERTO POSSO.

September 18, 1990.

Petition for certification denied.